# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-30451

AUGUST WALTER,

Plaintiff - Appellant

v.

BP AMERICA, INCORPORATED,

Defendant - Appellee

United States Court of Appeals
Fifth Circuit

**FILED**

February 12, 2015

Lyle W. Cayce
Clerk

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:12-CV-177

Before BENAVIDES, SOUTHWICK, and COSTA, Circuit Judges.

PER CURIAM:*

Having heard oral argument and reviewed the parties' briefs and the record on appeal, we AFFIRM the judgment of the district court essentially for the reasons given in that court's Order and Reasons on Motions.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.